UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEON ROBINSON,                                            Case No. 18CV7392 (GHW)
                Plaintiff,
-against-                                                 JUDGMENT

HEY MAMBO LLC d/b/a BUSTAN and 487-489
AMSTERDAM AVENUE HOUSING DEVELOPMENT
FUND CORPORATION,

                Defendants.

---

This action having been commenced on August 15, 2018 by the filing of the summons and complaint, and the complaint having been served on defendant Hey Mambo LLC d/b/a Bustan on September 26, 2018 and on defendant 487-489 Amsterdam Avenue Housing Development Fund Corporation on October 1, 2018, both by service on the Secretary of State, as authorized agent for service of process, and proof of service having been filed, and the defendants not having answered the complaint and the time for answering the complaint having expired, it is

ORDERED, ADJUDGED AND DECREED, that the plaintiff have judgment against defendants Hey Mambo LLC and 487-489 Amsterdam Avenue Housing Development Fund Corporation as follows:

    i.    Defendants shall apply for any permits required for the installation of an ADA compliant permanent ramp, with railings, at the entrance to Bustan's at 487 Amsterdam Avenue, New York, New York, within 30 days of the date hereof;

    ii.    Defendants shall relocate the flower pots currently situated in and about the entrance to Bustan's so that they do not obstruct the 18 inches of required clear space for independent wheelchair entry on the pull side of the door to Bustan's;

    iii.    Defendants shall install the aforesaid ramp and railings, and remove any

obstructions to independent wheelchair entry at the entrance to Bustan's, within 60 days of the receipt of any necessary permits;

    iv.    Defendants shall pay to the Clerk of the United States District Court of the Southern District of New York a penalty in the sum of $_____ for every day beyond 30 days from the date of this Judgment that they fail to file for any required permits;

    v.    Defendants shall pay to the Clerk of the United States District Court of the Southern District of New York a penalty in the sum of $_____ for every day beyond 60 days from the date any required permits issue that they fail to install the aforesaid permanent ramp with railings and remove any obstructions to independent wheelchair entry at the entrance to said premises; and

    vi.    Defendants shall pay the following monetary award: $500 in compensatory damages to plaintiff, $6,360.00 for attorney's fees to plaintiff's attorney, $90 for paralegal fees and $935.68 for costs incurred by plaintiff's counsel, for a total of $7,885.68.

Dated: New York, New York
              , 2018

                                              UNTIED STATES DISTRICT COURT JUDGE